```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/2/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK SENIOR,

        Plaintiff,

  -against-

PANDADOC, INC.,

        Defendant.

25-CV-5942 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff filed his complaint on July 21, 2025. (Dkt. 1.) Plaintiff served defendant on September 5, 2025 (Dkt. 10), making defendant's answer due on September 26, 2025. Although that date has come and gone, defendant has not appeared or filed an answer to the complaint. To date, plaintiff has not requested a certificate of default.

    It is hereby ORDERED that, if defendant has not answered or otherwise responded to the complaint before **October 17, 2025**, plaintiff shall, on that date, either file a stipulation granting additional time or apply for entry of default.

Dated: New York, New York
       October 2, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**